# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELSEY DRU GLEGHORN,  Petitioner,  v.  K.R. CHAPPELL,  Respondent. | NO. CV 12-7709-MMM (MAN)  JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 14, 2014 .

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE